# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE P. REYES, JR.,
  Appellant,

vs.

BNT LLC,
  Respondent.

No. 77944

FILED

APR 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying an eviction appeal and remanding to the justice court. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____
Parraguirre

_____, J.
Cadish

cc: Hon. Richard Scotti, District Judge
Jose P. Reyes, Jr.
Eighth District Court Clerk

19-15173